FILED BY____MB____D.C.

Mar 21, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-MJ-00035-SMM

UNITED STATES OF AMERICA,

v.

EDWIN YASH-GARCIA,

         Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No.**

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
**CHRISTOPHER H. HUDOCK**
Assistant United States Attorney
Florida Bar No.92454
United States Attorney's Office
101 S. US Hwy. One, Suite 3100
Fort Pierce, Florida 34950
Tel.: 772-293-0951
Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Christopher H. Hudock

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY ___MB___ D.C.
Mar 21, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America
v.
EDWIN YASH-GARCIA,

Case No. 25-MJ-00035-SMM

Defendant(s)

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 12, 2025** in the county of **Martin** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_Complainant's signature_
Angelo Zaravelis, Deportation Officer
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: March 21, 2025

_Judge's signature_

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Edwin YASH-GARCIA ("YASH-GARCIA") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On March 11, 2025, a Martin County Sheriff's Office deputy arrested YASH-GARCIA in Martin County, Florida, for the offenses of operate motor vehicle without valid license and resist officer without violence. As part of the booking process, Martin County Jail booking officials fingerprinted YASH-GARCIA. On March 12, 2025, the fingerprints taken during YASH-GARCIA's March 11, 2025 arrest, matched in a federal database maintained by the Department of Homeland Security, alerting ICE officials to YASH-GARCIA's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to YASH-GARCIA, AXXX XXX 202. A review of Department of Homeland Security electronic records and the immigration alien file assigned to YASH-GARCIA show that he is a native and citizen of

Guatemala. Records show that on or about April 22, 2013, YASH-GARCIA was ordered removed from the United States. Records in the alien file show that on or about May 3, 2013, YASH-GARCIA was removed from the United States to Guatemala.

5. YASH-GARCIA's fingerprints recorded at the Martin County Jail on March 11, 2025 were scanned into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that the fingerprints belonged to Edwin YASH-GARCIA, who was previously removed from the United States.

6. Officers performed a record check in the Computer Linked Application Informational Management System ("CLAIMS") to determine if YASH-GARCIA had filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that YASH-GARCIA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

- SPACE LEFT INTENTIONALLY BLANK -

7. Based on the foregoing, I believe that there exists probable cause to believe that, on or about March 12, 2025, Edwin YASH-GARCIA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this __21st__ day of March, 2025.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE